UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
M.H. and K.H., *individually and on behalf of M.H.*,  :
                                                    :
                      Plaintiffs,                   :
                                                    :                    25 Civ. 8229 (JPC)
        -v-                                          :
                                                    :                    ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                                                    :
                      Defendant.                    :
                                                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 27, 2026, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for February 12, 2026 at 3:30 p.m.  Dkt. 11 at 1-2.  The Court also ordered the parties to submit a proposed case management plan and scheduling order.  *Id*. at 2.  Both items were due February 5, 2026.  The parties failed to submit either.

By February 9, 2026, it is hereby ordered that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 11.  The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

        SO ORDERED.

Dated: February 6, 2026
        New York, New York                          JOHN P. CRONAN
                                                     United States District Judge