

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Courtney M. Soliday**
*Special Assistant Corporation Counsel*
Office: (212) 356-8761

February 6, 2026

**VIA ECF**
Hon. John. P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

*Re:*    *M.H et al. v. N.Y.C. Dep't of Educ.,* 25-cv-08229(JPC)(BCM)

Dear Judge Cronan:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

I write *nunc pro tunc* to respectfully request adjournment of the joint status letter and case management plan due February 5, 2026 and the February 12, 2026 Conference to March 5, 2026 and March 12, 2026, respectively.

Plaintiffs consent to this request. This is Defendant's first request for an extension of this deadline. The requested extension will give Defendant's counsel time to review Plaintiffs' updated federal billing with the intent to continue settlement negotiations and hopefully resolve this matter without the need for a conference or motion practice.

Thus, Defendant respectfully requests the joint status letter and case management plan due March 5, 2026 and the Conference is adjourned to March 12, 2026.

Thank you for considering this request.

Respectfully submitted,
*/s/ Courtney M. Soliday*
Courtney M. Soliday, Esq.
Special Assistant Corporation Counsel

cc:    Adam Dayan, Esq. (via ECF)

The instant request is granted.  The initial pre-trial conference is adjourned to March 12, 2026 at 10:00 a.m., and the deadline to file the joint status letter and proposed case management plan ahead of that conference is adjourned to March 5, 2026.  The Clerk of Court is respectfully directed to close Docket Number 13.

SO ORDERED.
Date: February 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge